ACCEPTED
01-15-00462-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 12:19:00 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00462-CV

| | | |
|---|---|---|
| **POST OAK LANE TOWNHOME OWNERS ASSOCIATION** | § § § | **IN THE FIRST (1ST)** |
| **VS.** | § § | |
| | § | |
| **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1 AND WADE RINER, INDIVIDUALLY** | § § § § § § | **COURT OF APPEALS** |
| | | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 12:19:00 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO DISMISS APPEAL

Appellant, **POST OAK LANE TOWNHOME OWNERS ASSOCIATION** hereby requests the Court to dismiss this appeal.

### INTRODUCTION

1.      Appellant is Post Oak Lane Townhome Owners Association ("Post Oak"); Appellees are The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWABS Series 2003-BC1 and Wade Riner, Individually.

2.      Appellant filed this appeal on May 14, 2015 when it filed a Notice of Appeal.

### ARGUMENTS AND AUTHORITIES

3.      The Court has authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this motion to dismiss.

4.      The parties have reached an agreement to compromise and settle their differences in the suit styled: *Cause No. 2013-00567; Post Oak Lane Townhome Owners Association v. The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS Series 2003-BC1 and Wade Riner, Individually; In the 11th Judicial District Court of Harris County, Texas.*

TLD:JLE:10-1221-09: Mtn Dismiss Appeal

5. Appellant Post Oak asks the Court to dismiss this appeal.

6. For these reasons, the Appellant asks the Court to grant this motion to dismiss. Costs on appeal should be taxed against Appellant.

**SIGNED** this 6th day of July, 2015.

Respectfully submitted,
**FRANK, ELMORE, LIEVENS,
CHESNEY & TURET, L.L.P.**

*/s/ William L. Van Fleet*
**William L. Van Fleet**
State Bar No. 20494750
**Jerry L. Elmore**
State Bar No. 06590000
9225 Katy Freeway, Ste. 250
Houston, Texas 77024-1564
713-224-9400 Telephone
713-224-0609 Fax
jelmore@felct.com
bvfleet@comcast.net

**Attorneys For Post Oak Lane
Townhome Owners Association**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing *Motion to Dismiss Appeal* has been forwarded by ECF to the following attorneys of record on this 6th day of July, 2015:

Michael J. McKleroy, Jr.,
AKERMAN SENTERFITT, LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Janet Douvas Chafin
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

*/s/ William L. Van Fleet*
William L. Van Fleet